**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **YOANNY GUZMAN PANTOJA, by next friend Aimara Vega Acevedo,** | § § § § § § § § § § § § § § § § § § § | |
| **Petitioner,** | | |
| **v.** | | **CIVIL NO. 6:26-CV-00084-ADA-DTG** |
| **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,** | | |
| **Respondents.** | | |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Yoanny Guzman Pantoja's ("Petitioner") Petition for Writ of Habeas Corpus under 26 U.S.C. § 2241, filed on February 11, 2026. Dkt. No. 1. On February 17, 2026, this Court ordered the petitioner to show cause as to why the petition should not be dismissed for lack of subject matter jurisdiction based on it being filed by next friends filing pro se. Dkt. No. 6. Petitioner filed a response to the show cause order personally, explaining the hardship originally faced and limited access to resources—but explaining that the petitioner himself would proceed pro se moving on and adopted what was pled in the original petition. The Court is satisfied by Petitioner's own response and will therefore evaluate the merits of the petition. Having considered the Petitioner's petition for writ of habeas corpus, the applicable law, and the relevant facts, the Court finds Petitioner's Petition for Writ of Habeas Corpus should be denied.

The Fifth Circuit has rejected Petitioner's statutory argument in *Buenrostro-Mendez v. Bondi*, which remains binding precedent on this Court. No. 25-20496,166 F.4th 494, 498 (5th Cir.

Feb. 6, 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225 rather than § 1226.

The Court has likewise denied similar habeas relief on constitutional grounds, as well as challenges brought under the Administrative Procedure Act. *See Rodriguez Hernandez v. Collins, et al.*, No. 1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026).[1] The Court incorporates by reference its prior analysis denying habeas relief in *Rodriguez Hernandez.* For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED.**

Because the Court's ruling on the habeas petition is dispositive of this case, all other motions filed by Petitioner (Dkt. Nos. 2, 3, 8) are hereby **DENIED AS MOOT.** All other requested relief is hereby denied.

**SIGNED** on July 17, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1]The Court maintains its prior constitutional analysis, as the Fifth Circuit's decision to the contrary in *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. 2026) has been vacated (*see* Dkt. No. 174-1, 07/10/2026) and therefore does not alter the Court's previous analysis.